1 | Sean M. Sherlock, Bar No. 161627
ssherlock@swlaw.com
2 | Colin R. Higgins, Bar No. 268364
chiggins@swlaw.com
3 | SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
4 | Costa Mesa, California  92626-7689
Telephone: 714.427.7000
5 | Facsimile:  714.427.7799

6 | Attorneys for Defendants
GEORGE DULGARIAN, DOUGLAS
7 | DULGARIAN, and DEAN DULGARIAN

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | STATE OF CALIFORNIA
DEPARTMENT OF TOXIC
SUBSTANCES CONTROL,

12

13 |                    Plaintiff,

14 |     v.

15 | STANDARD NICKEL-CHROMIUM
PLATING COMPANY, a California
16 | corporation; GEORGE DULGARIAN,
individually, DOUGLAS
17 | DULGARIAN, individually; DEAN
DULGARIAN, individually,
18 | DOUGLAS DULGARIAN as
EXECUTOR of the estate of HAIG
19 | DULGARIAN, deceased; the ESTATE
OF HAIG DULGARIAN, deceased;
20 | DUKE DULGARIAN, individually and
doing business as DDD & Associates,
21 | LLC; DICKIE VAN BREENE (formerly
known as DICKIE DULGARIAN),
22 | individually and doing business as DDD
& Associates, LLC; DUKE
23 | DULGARIAN, as EXECUTOR for the
ESTATE OF DICK DULGARIAN,
24 | deceased; the ESTATE OF DICK
DULGARIAN, deceased,

25 |                    Defendants.

Case No. CV13-03600 RGK (AJWx)
Hon. R. Gary Klausner
Ctrm 850

**Defendants George Dulgarian,
Douglas Dulgarian and Dean
Dulgarian's Answer to Complaint**

Complaint Filed: May 20, 2013

26

27

28

SNELL & WILMER
L.L.P.
ORANGE COUNTY      17373744.1

GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

1   Defendants George Dulgarian, Douglas Dulgarian, and Dean Dulgarian
2   ("Dulgarian defendants") hereby submit this answer to plaintiff State of California
3   Department of Toxic Substances Control's ("plaintiff") complaint as follows:

4   1.   The Dulgarian defendants admit the allegations in paragraph 1 of the
5   complaint.

6   2.   The Dulgarian defendants are without sufficient knowledge or
7   information to form a belief as to the truth of the allegations contained in paragraph
8   2 of the complaint and therefore deny the allegations.

9   **JURISDICTION AND VENUE**

10   3.   The Dulgarian defendants admit that the Court has jurisdiction over
11   the claims in this action and that venue is proper in this district.  Except where
12   expressly admitted, the Dulgarian defendants deny the allegations in paragraph 3 of
13   the complaint.

14   **STATEMENT OF THE CASE**

15   4.   The Dulgarian defendants are without sufficient knowledge or
16   information to form a belief as to the truth of the allegations contained in paragraph
17   4 of the complaint and therefore deny the allegations.

18   **PLAINTIFF**

19   5.   The Dulgarian defendants are without sufficient knowledge or
20   information to form a belief as to the truth of the allegations contained in paragraph
21   5 of the complaint and therefore deny the allegations.

22   **DEFENDANTS**

23   6.   The Dulgarian defendants admit that Standard Nickel-Chromium
24   Plating Company is a California corporation.  The Dulgarian defendants deny the
25   remaining allegations in paragraph 6 of the complaint.

26
27
28

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

17373744.1

- 2 -

GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

7.      The Dulgarian defendants admit that George Dulgarian is an individual.  The Dulgarian defendants deny the remaining allegations in paragraph 7 of the complaint.

8.      The Dulgarian defendants admit that Douglas Dulgarian is an individual.  The Dulgarian defendants deny the remaining allegations in paragraph 8 of the complaint.

9.      The Dulgarian defendants admit that Dean Dulgarian is an individual.  The Dulgarian defendants deny the remaining allegations in paragraph 9 of the complaint.

10.     The Dulgarian defendants admit that Haig Dulgarian is an individual who died on November 6, 2010.  The Dulgarian defendants further admit that Douglas Dulgarian is an individual residing in California, and is the Executor of the Estate of Haig Dulgarian.  The Dulgarian defendants deny the remaining allegations in paragraph 10 of the complaint.

11.     The Dulgarian defendants admit that Duke Dulgarian is an individual.  The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 11 of the complaint and therefore deny the allegations.

12.     The Dulgarian defendants admit that Dickie Van Breene is an individual.  The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 12 of the complaint and therefore deny the allegations.

13.     The Dulgarian defendants admit that Dick Dulgarian is an individual who died on January 4, 2010.  The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 13 of the complaint and therefore deny the allegations.

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

17373744.1

- 3 -

GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

## **BACKGROUND**

14.     The Dulgarian defendants admit that in 1927, certain members of the Dulgarian family started a metal plating operation business.  The Dulgarian defendants further admit that the plating operations included the chromium plating of pipes for the oil industry.  The Dulgarian defendants further admit that Standard Nickel-Chromium Plating Company ("Standard Nickel") was incorporated in 1946.  Except as expressly admitted, the Dulgarian defendants deny the allegations in paragraph 14 of the complaint.

15.     The Dulgarian defendants admit that defendant Standard Nickel operated a plating company on portions of the Site and is a current owner of a portion of the Site.  Except as expressly admitted, the Dulgarian defendants deny the allegations in paragraph 15 of the complaint.

16.     The Dulgarian defendants deny the allegations in paragraph 16 of the complaint.

17.     The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 of the complaint and therefore deny the allegations.

18.     The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 of the complaint and therefore deny the allegations.

19.     The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of the complaint and therefore deny the allegations.

20.     The Dulgarian defendants deny that plaintiff issued an Imminent and Substantial Endangerment Determination and Remedial Action Order on June 9, 2009 ("ISE Order") ordering all the defendants named in this action to investigate and remediate the release and/or threatened release of hazardous substances at or

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

17373744.1

- 4 -

GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

1    from the Site.  The Dulgarian defendants admit the remaining allegations in

2    paragraph 20 of the complaint.

3        21.    The Dulgarian defendants admit that defendants did not complete the

4    investigation and remediation of the alleged releases and/or threatened releases of

5    hazardous substances as required by the DTSC's ISE Order and amended order.

6    Except where expressly admitted above, the Dulgarian defendants deny the

7    allegations in paragraph 21 of the complaint.

8        22.    The Dulgarian defendants are without sufficient knowledge or

9    information to form a belief as to the truth of the allegations contained in paragraph

10   22 of the complaint and therefore deny the allegations.

11       23.    The Dulgarian defendants are without sufficient knowledge or

12   information to form a belief as to the truth of the allegations contained in paragraph

13   23 of the complaint and therefore deny the allegations.

14       24.    The Dulgarian defendants are without sufficient knowledge or

15   information to form a belief as to the truth of the allegations contained in paragraph

16   24 of the complaint and therefore deny the allegations.

17       25.    The Dulgarian defendants are without sufficient knowledge or

18   information to form a belief as to the truth of the allegations contained in paragraph

19   25 of the complaint and therefore deny the allegations.

20                          **FIRST CLAIM FOR RELIEF**

21       26.    The Dulgarian defendants reallege and incorporate by reference their

22   answers to paragraphs 1 through 25 of their answer.

23       27.    Paragraph 27 of the complaint asserts a legal conclusion for which no

24   admission or denial is required.

25       28.    The Dulgarian defendants deny the allegations in paragraph 28 of the

26   complaint.

27

28

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY
17373744.1
- 5 -
GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

29.     Paragraph 29 of the complaint asserts a legal conclusion for which no admission or denial is required.

30.     Paragraph 30 of the complaint asserts a legal conclusion for which no admission or denial is required.

31.     The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of the complaint and therefore deny the allegations.

32.     The Dulgarian defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 of the complaint and therefore deny the allegations.

33.     The Dulgarian defendants deny the allegations in paragraph 33 of the complaint.

## SECOND CLAIM FOR RELIEF

34.     The Dulgarian defendants reallege and incorporate by reference their answers to paragraphs 1 through 33 of their answer.

35.     The Dulgarian defendants deny the allegations in paragraph 35 of the complaint.

## PRAYER FOR RELIEF

The Dulgarian defendants deny that plaintiff is entitled to any of the relief it seeks in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

Further answering the complaint and by way of affirmative defense, the Dulgarian defendants allege as follows:

///

///

///

///

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

17373744.1

- 6 -

GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitation)

1.    Plaintiff's complaint, and each and every cause of action asserted therein, is barred by any and all applicable statute of limitations, including but not limited to, 42 U.S.C. § 9613(g)(2).

## SECOND AFFIRMATIVE DEFENSE

### (Act of God)

2.    The damages and/or losses alleged in the complaint, if any, were or may have been proximately caused or contributed to by some natural cause, act of God, or act of war.

## THIRD AFFIRMATIVE DEFENSE

### (Act or Omission of Third Party)

3.    Plaintiff's causes of action are barred in whole or in part because any alleged release of hazardous substances and any damages resulting therefrom were caused solely by the acts or omissions of a third party.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

4.    The Dulgarian defendants are informed and believe that plaintiff has failed to take reasonable steps to mitigate, reduce or otherwise avoid its alleged damages.

## PRAYER FOR RELIEF

WHEREFORE, the Dulgarian defendants pray as follows:

1.    That plaintiff take nothing by its complaint and that it be dismissed with prejudice;

2.    That the Dulgarian defendants be awarded costs of suit incurred in defense of this action; and

///

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

17373744.1

- 7 -

GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

3.    For such other relief as the Court deems just and proper.

Dated:    July 22, 2013                    SNELL & WILMER L.L.P.


                                           By: /s/ Colin R. Higgins
                                               Sean M. Sherlock
                                               Colin R. Higgins
                                               Attorneys for Defendants
                                               GEORGE DULGARIAN,
                                               DOUGLAS DULGARIAN, and
                                               DEAN DULGARIAN

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

17373744.1

- 8 -

GEORGE, DOUGLAS AND DEAN
DULGARIAN'S ANSWER TO COMPLAINT
CV13-03600 RGK (AJWX)

*State of California Dept. of Toxic Substances Control v. Standard Nickel, et al.*
**US District Court, Central District of California, Case No. CV-13-03600-RGK(AJWx)**

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2013, I electronically filed the document described as **DEFENDANTS GEORGE DULGARIAN, DOUGLAS DULGARIAN AND DEAN DULGARIAN'S ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Kamala D. Harris<br>Attorney General of California<br>Sally Magnani<br>Senior Assistant Attorney General<br>Brian Hembacher<br>Supervising Attorney General<br>Olivia W. Karlin<br>Deputy Attorney General<br>300 South Spring St., Ste. 1702<br>Los Angeles, CA  90013 | Attorneys for Plaintiff State of California Department of Toxic Substances Control<br><br>Phone:  213-897-0473<br>Fax:  213-897-2802 |
| Emilio A. Macasinag<br>Wood Smith Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, CA  90024-3804 | Attorneys for Defendant Standard Nickel Chromium Plating Company and Douglas Dulgarian as Executor of the Estate of Haig Dulgarian<br><br>Phone: 310-481-7600<br>Direct: 310-481-7620<br>Fax:  310-481-7650 |
| Mark W. Yocca<br>Jared Glicksman<br>The Yocca Law Firm LLP<br>19900 MacArthur Blvd. Suite #650<br>Irvine, CA 92612 | Attorneys for Defendants Dickie Van Breene, Duke Dulgarian and Duke Dulgarian as Executor for the Estate of Dick Dulgarian<br>Phone: 949-253-0800<br>Fax: 949-253-0870 |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

17599743.1

CERTIFICATE OF SERVICE

1  Dated: July 22, 2013                    SNELL & WILMER L.L.P.

2

3                                          By: /s/ Colin R. Higgins

4                                              Sean M. Sherlock
                                               Colin R. Higgins
5                                              Attorneys for Defendants George
                                               Dulgarian, Douglas Dulgarian and Dean
6                                              Dulgarian

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

17599743.1