Sean M. Sherlock, Bar No. 161627
ssherlock@swlaw.com
Colin R. Higgins, Bar No. 268364
chiggins@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendants
GEORGE DULGARIAN, DOUGLAS
DULGARIAN, and DEAN DULGARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD NICKEL-CHROMIUM PLATING COMPANY, a California corporation, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CV13-03600 RGK (AJWx)<br>Hon. R. Gary Klausner<br>Ctrm 850<br><br>**JOINT WITNESS LIST**<br><br>L.Civ.R. 16-2.4<br><br>Complaint Filed: May 20, 2013 |

    The parties hereby submit their Joint Trial Witness List with time estimates (attached hereto as Exhibit A). Depending on the issues developed at the trial of this case, and upon the Court's ruling on evidentiary matters, the parties may call additional witnesses in the above captioned matter. The parties reserve the right to

SNELL & WILMER
L.L.P.
ORANGE COUNTY

20064545.1

JOINT WITNESS LIST CV13-03600 RGK
(AJWX)

offer unlisted witnesses for purposes of impeachment or rebuttal. The following list does not reflect the order in which witnesses will be called at trial.

| Witness | Time Est. | Description |
|---|---|---|
| George Dulgarian | 2 hrs. | George Dulgarian will testify to:<br><br>1. His entry into and performance under the Consent Decree with DTSC;<br><br>2. His knowledge of the negotiations of the agreements at issue;<br><br>3. The demands for indemnity by the Estate of Dick Dulgarian;<br><br>4. The nature and location of operations at the Standard Nickel site, and the origin of contaminants identified by DTSC;<br><br>5. The role of Dick Dulgarian and the roles of various members of the Haig Dulgarian Family while they were employed by Standard Plating;<br><br>6. Authenticity and content regarding memos and other documents that he sent and received related to Standard Plating's operations as well as documents exchanged, and negotiations related to, the execution of the agreements at issue in this matter;<br><br>7. When the Haig Dulgarian Family and Standard Plating became aware of environmental issues at the |

| | | | |
|---|---|---|---|
| | | | Site and their refusal to indemnify and defend the Estate of Dick Dulgarian.<br><br>Mr. Dulgarian's testimony is unique because he authored and received certain documents that other members of his family did not. Mr. Dulgarian was also present at various meetings concerning the negotiations of the at-issue agreements for which his other family members were not present. .<br><br>Mr. Dulgarian can be contacted through his attorney of record: Sean M. Sherlock of Snell & Wilmer LLP, 600 Anton Boulevard, Suite 1400; Costa Mesa, California 92626, Telephone: (714) 427-7000 |
| | Douglas Dulgarian | 3 hrs. | Douglas Dulgarian will testify to:<br><br>1. His entry into and performance under the Consent Decree with DTSC, and Consent Decrees between DTSC and Standard Nickel, and between DTSC and the Estate of Haig Dulgarian;<br><br>2. His knowledge of the negotiations of the agreements at issue;<br><br>3. The demands for indemnity by the Estate of Dick Dulgarian;<br><br>4. Standard Nickel's offer of defense and indemnity to the Estate of Dick Dulgarian; |

5. Dick Dulgarian's ownership of the 811 and 819 properties, and Dick Dulgarian's role in the operation of the Standard Nickel facility;

6. The role of Dick Dulgarian and the roles of various members of the Haig Dulgarian Family while they were employed by Standard Plating.

7. The authenticity and content regarding memos and other documents that he sent and received related to Standard Plating's operations as well as documents exchanged, and negotiations related to, the execution of the agreements at issue in this matter;

8. When the Haig Dulgarian Family and Standard Plating became aware of environmental issues at the Site and their refusal to indemnify and defend the Estate of Dick Dulgarian;

9. Douglas Dulgarian is also the executor of the Estate of Haig Dulgarian and will also testify regarding the administration and actions of his father's estate.

Mr. Dulgarian's testimony is unique because he will testify in his capacity as an individual and as executor of the Estate of Haig Dulgarian. Mr. Dulgarian's testimony is further unique in that he

| | | |
|---|---|---|
| | | authored and received certain documents that other members of his family did not. Mr. Dulgarian was also present at various meetings concerning the negotiations of the at-issue agreements for which his other family members were not present. Mr. Dulgarian can be contacted through his attorney of record: Sean M. Sherlock of Snell & Wilmer LLP, 600 Anton Boulevard, Suite 1400; Costa Mesa, California 92626, Telephone: (714) 427-7000 |
| Dean Dulgarian | 1 hr. | Dean Dulgarian will testify to: 1. His entry into and performance under the Consent Decree with DTSC; 2. His communications with Dick Dulgarian in connection with the negotiation of the parties' Exchange Agreement; 3. The demands for indemnity by the Estate of Dick Dulgarian; 4. The role of Dick Dulgarian and the roles of various members of the Haig Dulgarian Family while they were employed by Standard Plating; 5. The authenticity and content regarding memos and other documents that he sent and received related to Standard Plating's operations as well as documents exchanged and negotiations related to |

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY
20064545.1
JOINT WITNESS LIST CV13-03600 RGK (AJWX)

| | | | |
|---|---|---|---|
| | | | the execution of the agreements at issue in this matter; |
| | | | 6. When the Haig Dulgarian Family and Standard Plating became aware of environmental issues at the Site and their refusal to indemnify and defend the Estate of Dick Dulgarian. |
| | | | Mr. Dulgarian's testimony is unique because he authored and received certain documents that other members of his family did not. Mr. Dulgarian was also present at various meetings concerning the negotiations of the at-issue agreements for which his other family members were not present. |
| | | | Mr. Dulgarian can be contacted through his attorney of record: Sean M. Sherlock of Snell & Wilmer LLP, 600 Anton Boulevard, Suite 1400; Costa Mesa, California 92626, Telephone: (714) 427-7000 |
| | Tedd Yargeau | 2 hrs. | Mr. Yargeau is the DTSC project manager for the Standard Nickel Chromium Plating Company site. He is expected to testify to: |
| | | | 1. The source and origin of the contamination at the Standard Nickel site; |
| | | | 2. The lack of foundation for certain allegations made in DTSC's order; |
| | | | 3. Regarding environmental contamination/releases |

| | | | |
|---|---|---|---|
| | | | at the Site; |
| | | | 4. The DTSC's meetings with the Haig Dulgarian Family; |
| | | | 5. The DTSC's work, expenses and issuance of orders and the initiation of other DTSC actions against the Defendants, as well as the authentication of certain DTSC records. |
| | | | Mr. Yargeau's testimony is unique in that he is the project manager of the Site and is able to authenticate and testify regarding certain DTSC documents that other members of the DTSC could not testify to or authenticate. Mr. Yargeau also had conversations with, and was present for, meetings with the Haig Dulgarian family that other testifying DTSC employees were not present for. |
| | | | Mr. Yargeau can be contacted through the DTSC's attorney of record: Olivia W. Karlin, Esq., Deputy Attorney General, 300 South Spring Street, Suite 1702; Los Angeles, California 90013, Telephone: (213) 897-0473 |
| | Poonam Acharya | 1 hr. | Ms. Acharya is the former DTSC project manager for the Standard Nickel Chromium Plating Company site. She is expected to testify to: |
| | | | 1. The source and origin of the contamination at the |

Standard Nickel site;

2. The lack of foundation for certain allegations made in DTSC's order;

3. Regarding environmental contamination/releases at the site;

4. The DTSC's meetings with the Haig Dulgarian Family;

5. The DTSC's work, expenses and issuance of orders and the initiation of other DTSC actions against the Defendants;

6. The authentication of certain DTSC records;

7. Certain pre-filing investigations that she conducted on the Site.

Ms. Archarya's testimony is unique in that she had conversations with, conducted investigations of the Site, and was present for meetings with the Haig Dulgarian family that other testifying DTSC employees were not present for.

Ms. Archarya can be contacted through the DTSC's attorney of record: Olivia W. Karlin, Esq., Deputy Attorney General, 300 South Spring Street, Suite 1702; Los Angeles, California 90013, Telephone: (213) 897-0473

| | | |
|---|---|---|
| Duke Dulgarian | 3 Hrs. | Duke Dulgarian is the executor of the Estate of Dick Dulgarian. Duke Dulgarian will testify regarding payments the Estate of Dick Dulgarian made in settlement of the California Department of Toxic Substances Control's ("DTSC") claims against the Estate of Dick Dulgarian as well as the amount of attorneys' fees and other costs incurred and paid in responding to, and defending against, claims arising out of Standard Nickel-Chromium Plating Company's ("Standard Plating") operations and environmental contamination/releases at the Site as defined in the DTSC's Imminent and Substantial Endangerment Order ("Site"). Duke Dulgarian will also testify regarding Standard Plating's operations and Dick Dulgarian's role at Standard Plating during his time at Standard Plating (as well as the roles of George Dulgarian, Dean Dulgarian, Douglas Dulgarian, and Haig Dulgarian).  Finally, Duke Dulgarian will testify regarding the negotiations, formation, and execution of the various agreements at issue in this case and the relationship between the family members leading up to and around the time of execution.<br><br>Mr. Dulgarian's testimony is unique because he is the only member of the Dick Dulgarian Family being called to testify to nearly all of the above |

| | | | |
|---|---|---|---|
| | | | listed matters. Furthermore, Duke Dulgarian is the only living member of the Dick Dulgarian Family who was present at certain meetings and discussions with the Haig Dulgarian Family.<br><br>Mr. Dulgarian can be contacted through his attorney of record: Mark W. Yocca of The Yocca Law Firm, LLP, 19900 MacArthur Blvd., Suite 650, Irvine, CA 92612, Telephone: (949) 253-0800 |
| | Dickie Van Breene* | 30 Min. | Ms. Van Breene will testify regarding Dick Dulgarian's role at Standard Plating during his time at Standard Plating and the relationship between the family members leading up to and around the time of execution of the various agreements in this case. Ms. Van Breene's testimony is unique because she and Duke Dulgarian worked at Standard Plating during different time periods. Her testimony will focus on Dick Dulgarian's role during the earlier time period during which she worked.<br><br>Ms. Van Breene can be contacted through his attorney of record: Mark W. Yocca of The Yocca Law Firm, LLP, 19900 MacArthur Blvd., Suite 650, Irvine, CA 92612, Telephone: (949) 253-0800 |
| | Martin J. "Kelly" McTigue | 2 hrs. | Kelly McTigue will be called to testify to:<br><br>1. The tender of defense and indemnity made on |

| | | | |
|---|---|---|---|
| | | | behalf of the Estate of Dick Dulgarian; |
| | | | 2. Legal bills sent by his law firm to the Estate of Dick Dulgarian; |
| | | | 3. Reasonableness of certain O'Melveny & Myers LLP attorney fees incurred by the Estate of Dick Dulgarian; |
| | | | 4. The authentication of O'Melveny & Myers LLP business records. |
| | | | Mr. McTigue's testimony is unique in that he is the only witness being called to authenticate and testify regarding the reasonableness of certain O'Melveny & Myers LLP business records and invoices. |
| | | | Mr. McTigue can be contacted at O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071. |
| | John McNamara | 1 hr. | Mr. McNamara is the Estate of Dick Dulgarian's designated expert witness. He will be called to testify regarding: |
| | | | 1. Activities at the 826 site did not contribute to the groundwater contamination plume, and that groundwater contamination from the Standard Nickel sites to the north migrated south causing groundwater contamination beneath the 826 site; |

| | | |
|---|---|---|
| | | 2. Contamination at the Site, including without limitation, the 826 E. 62nd Street property ("826 Property"). Mr. McNamara's testimony is unique because he is the only witness called by the Estate of Dick Dulgarian to offer expert testimony regarding the environmental condition of the Site. Mr. McNamara can be contacted at Engineering Geologist of Environ Strategy Consultants, Inc., 1036 West Taft Avenue, Suite 200; Orange, California 92865, Telephone: (714) 919-6500 |
| Lya Kingsland, Esq. | 30 Mins. | Ms. Kingsland will testify regarding the administration of the Estate of Dick Dulgarian, certain attorney fees incurred by the Estate of Dick Dulgarian, and the authentication of certain business records. Ms. Kingsland's testimony is unique in that she is the only witness being called to authenticate certain Astor & Kingsland business records. Ms. Kingsland can be contacted at Astor & Kingsland, 1851 E 1st St # 1220 Santa Ana, CA 92705, Telephone: (714) 245-0995 |
| Nicholas J. Yocca, Esq. | 1 Hr. | Mr. Yocca will testify as to the reasonableness of the Yocca Law Firm LLP's ("TYLF") attorney fees |

|   |   |   |
|---|---|---|
|   |   | incurred and/or paid by the Estate of Dick Dulgarian. Mr. Yocca will also authenticate and testify regarding invoices and other TYLF business records. |
|   |   | Mr. Yocca's testimony is unique in that he will authenticate and testify regarding certain documents that no other Estate-designated witnesses will testify to. |
|   |   | Mr. Yocca can be contacted at The Yocca Law Firm LLP, 19900 MacArthur Blvd., Suite # 650, Irvine, CA 92612, Telephone: (949) 253-0800 |
| Janine Paquette | 15 Mins. | Ms. Paquette will authenticate and testify regarding invoices and other TYLF business records. |
|   |   | Ms. Paquette's testimony is unique in that she will authenticate and testify regarding certain documents that no other Estate-designated witnesses will testify to. |
|   |   | Ms. Paquette can be contacted at The Yocca Law Firm LLP, 19900 MacArthur Blvd., Suite # 650, Irvine, CA 92612, Telephone: (949) 253-0800 |
| Martin N. Refkin | 2 hrs. | Mr. Refkin is an expert retained by Standard Nickel. He will testify regarding: |
|   |   | 1. The reasonableness and necessity of the Estate of Dick Dulgarian's attorneys' fees and costs sought in |

|   |   |   |
|---|---|---|
|   |   | this action; |
|   |   | 2. Law firm billing practices, and the billing practices of the Estate of Dick Dulgarian's attorneys. |
|   |   | Mr. Refkin's testimony is unique in that he will be testifying in his capacity as an expert retained by an adverse party. |
|   |   | Mr. Refkin can be contacted at The Gallagher Law Group, P.C., 1875 Century Park East, Suite 1550, Los Angeles, CA 90067 |
| Vivian Murai | 30 Mins. | Ms. Murai will testify regarding the Estate of Dick Dulgarian's good faith negotiations and settlement with the DTSC. Ms. Murai's testimony is unique because she was present for meetings and conversations with the Estate of Dick Dulgarian that other testifying DTSC employees were not. Ms. Murai can be contacted at Office of Legal Counsel, MS-23A, Department of Toxic Substances Control, 1001 I Street, P.O. Box 806, Sacramento, California 95812 Tel: (916) 327-4488 |
| Olivia Karlin | 30 Mins. | Ms. Karlin is a deputy attorney general with the State of California and will testify regarding the Estate of Dick Dulgarian's good faith negotiations |

| | | | |
|---|---|---|---|
| | | | and settlement with the DTSC. Ms. Karlin's testimony is unique because she was present for meetings and conversations with the Estate of Dick Dulgarian that testifying DTSC employees were not present for. Ms. Karlin can be contacted at Deputy Attorney General, 300 South Spring Street, Suite 1702; Los Angeles, California 90013, Telephone: (213) 897-0473 |
| | Alborz Wozniak* | 2 hrs. | If necessary, Alborz Wozniak will be called to testify that DTSC's remedial actions and investigations at the Standard Nickel site were substantially inconsistent with the National Contingency Plan. |
| | Ulf Lindmark* | 2 hrs. | If necessary, Ulf Lindmark will be called to testify regarding deficiencies with respect to DTSC's investigation of the Standard Nickel site, which led to DTSC's arbitrary selection of a remedy for the Standard Nickel site. |

Each of the parties reserves its right to object to any or all of the testimony designated above.

| | | |
|---|---|---|
| 1 | Dated: November 10, 2014 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | By:/s/Sean M. Sherlock |
| 4 | | Sean M. Sherlock<br>Colin R. Higgins |
| 5 | | Attorneys for Defendants<br>George Dulgarian, Douglas<br>Dulgarian, and Dean Dulgarian |
| 6 | | |
| 7 | Dated: November 10, 2014 | THE YOCCA LAW FIRM LLP |
| 8 | | |
| 9 | | By:/s/Jared Glicksman |
| 10 | | Mark W. Yocca, Esq.<br>Jared Glicksman, Esq. |
| 11 | | Attorney for Defendants Dickie Van Breene, Duke Dulgarian and Duke Dulgarian as Executor for the Estate of Dick Dulgarian |
| 12 | | |
| 13 | Dated: November 10, 2014 | WOOD SMITH HENNING & BERMAN LLP |
| 14 | | |
| 15 | | By:/s/Emil Macasinag |
| 16 | | David F. Wood<br>Emil A. Macasinag |
| 17 | | Attorneys for Defendant Standard Nickel Chromium Plating Company and Douglas Dulgarian as Executor of the Estate of Haig Dulgarian |

Case 2:13-cv-03600-RGK-AJW Document 203 Filed 11/10/14 Page 17 of 17 Page ID #:5985

*State of California Dept. of Toxic Substances Control v. Standard Nickel, et al.*
US District Court, Central District of California, Case No. CV-13-03600-RGK(AJWx)

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I electronically filed the document described as **JOINT WITNESS LIST** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Kamala D. Harris<br>Attorney General of California<br>Sally Magnani<br>Senior Assistant Attorney General<br>Brian Hembacher<br>Supervising Attorney General<br>Olivia W. Karlin<br>Deputy Attorney General<br>300 South Spring St., Ste. 1702<br>Los Angeles, CA 90013 | Attorneys for Plaintiff State of California Department of Toxic Substances Control<br>Tel: 213-897-0473<br>Fax: 213-897-2802 |
| Emil A. Macasinag<br>Wood Smith Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, CA 90024-3804 | Attorneys for Defendant Standard Nickel Chromium Plating Company and Douglas Dulgarian as Executor of the Estate of Haig Dulgarian<br>Tel: 310-481-7600 / Direct: 310-481-7620<br>Fax: 310-481-7650 |
| Mark W. Yocca<br>Jared Glicksman<br>The Yocca Law Firm LLP<br>19900 MacArthur Blvd. Suite #650<br>Irvine, CA 92612 | Attorneys for Defendants Dickie Van Breene, Duke Dulgarian and Duke Dulgarian as Executor for the Estate of Dick Dulgarian<br>Tel: 949-253-0800 / Fax: 949-253-0870 |
| Stephen R. Onstot<br>Aleshire & Wynder LLP<br>18881 Von Karman Avenue, Suite 1700<br>Irvine, CA 92612 | Attorneys for Defendants Dickie Van Breene, Duke Dulgarian and Duke Dulgarian as Executor for the Estate of Dick Dulgarian<br>Tel: 949-223-1170 / Fax: 949-223-1180 |

Dated November 10, 2014            SNELL & WILMER L.L.P.

By: /s/ Sean M. Sherlock
    Sean M. Sherlock
    Colin R. Higgins
    Attorneys for Defendants George Dulgarian, Douglas Dulgarian and Dean Dulgarian